**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

S.W. AND V.W.,

Plaintiffs,

v.

CRYOPORT, INC.,

Defendant.

Case No. 8:24-cv-02212-AH-DFMx

**ORDER ON STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41 [88] [JS-6]**

Having reviewed and considered the Stipulation of Dismissal of Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) between Plaintiffs S.W. and V.W. and Defendant CRYOPORT, INC., the Court hereby **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITH PREJUDICE** in its entirety, including all claims asserted therein, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: SEPTEMBER 28, 2026

Hon. Anne Hwang
United States District Judge